| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, David G. | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>06/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Trustee | Family Foundation |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Utah College of Law | April 12-13, 2017 | Salt Lake City, UT | Jurist in residence at law school | Transportation, hotel, meals |
| 2. | State Bar of Arizona | Juny 12, 2017 | San Diego, CA | CLE Program | Transportation |
| 3. | International Center for Law and Religion, BYU Law School | October 1-4, 2017 | Provo, UT | Conference | Transportation, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Wheeler Machinery Note Payable | E | Interest | O | T | | | | | See note 2, Part VIII |
| 5. Exxon Mobil Common Stock | B | Dividend | M | T | | | | | |
| 6. Bank of America Common Stock | A | Dividend | L | T | | | | | |
| 7. IRA | | | | | | | | | |
| 8. -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 9. -- DFA Emerging Markets Port | A | Dividend | K | T | Sold (part) | 03/02/17 | J | A | |
| 10. -- DFA Intl Small Co Port | A | Dividend | J | T | | | | | |
| 11. -- DFA Large Cap Intl Port | B | Dividend | M | T | | | | | |
| 12. -- DFA U.S. Large Cap Value | C | Dividend | N | T | Sold (part) | 03/02/17 | J | C | |
| 13. -- DFA U.S. Small Cap Value | C | Dividend | L | T | | | | | |
| 14. -- Powershs DB Commdty Indx | A | Dividend | K | T | Sold (part) | 03/02/17 | J | A | |
| 15. -- Spdr Dow Jones REIT | A | Dividend | K | T | | | | | |
| 16. -- Vanguard Growth | C | Dividend | N | T | | | | | |
| 17. -- SPDR Short Term (formerly SPDR Barclays Short Term ETF) | D | Dividend | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Small Cap Growth | A | Dividend | J | T | Sold (part) | 03/02/17 | J | A | |
| 19. -- DFA Investment Grade Port | A | Dividend | M | T | Buy (add'l) | 03/02/17 | J | | |
| 20. MetLife Investors - Guarantee Adv UL Policy | D | Interest | M | T | | | | | |
| 21. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |
| 22. Mutual Fund and Other Investments | | | | | | | | | |
| 23. -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 24. -- DFA Emerging Markets Port | A | Dividend | K | T | Sold (part) | 05/31/17 | J | A | |
| 25. -- DFA Intl Small Co Port | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 26. -- DFA Large Cap Intl Port | B | Dividend | L | T | | | | | |
| 27. -- DFA U.S. Large Cap Value | C | Dividend | N | T | Sold (part) | 05/31/17 | K | C | |
| 28. -- DFA U.S. Small Cap Value | C | Dividend | L | T | Sold (part) | 05/31/17 | K | A | |
| 29. -- Powershs DB Commdty Indx | A | Dividend | K | T | Sold (part) | 05/31/17 | J | A | |
| 30. -- Spdr Dow Jones REIT | B | Dividend | K | T | | | | | |
| 31. -- Vanguard Growth | C | Dividend | N | T | Sold (part) | 05/31/17 | K | E | |
| 32. -- SPDR Short Term (formerly SPDR Barclays Short Term ETF) | C | Dividend | M | T | Buy (add'l) | 05/31/17 | K | | |
| 33. -- Vanguard Small Cap Growth | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 34. -- DFA Investment Grade Port | A | Dividend | M | T | Sold (part) | 05/31/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Vanguard Int Bond ETF | A | Dividend | L | T | Buy | 06/02/17 | L | | |
| 36. Northwestern Mutual whole life policy | D | Dividend | M | T | | | | | |
| 37. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 38. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 39. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 40. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 41. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 42. Water rights, Carbon County, Utah | | None | K | W | | | | | |
| 43. Schwab IRA (invested in money market acct) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Campbell, David G. | 06/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Trust 1 is a family trust that holds our personal residence, automobiles, and other assets. Other reportable assets held by the trust are included separately in Part VII.

Note 2: For the note payable on lines 4, the debtor is Wheeler Machinery Company. The note is a simple demand note bearing a market interest rate.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Campbell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544